IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BONNIE JEAN BONNEY,<br><br>　　　　Debtor. | Case No. 2:21-cr-00072-JAM<br><br>**ORDER APPROVING UNITED STATES OF AMERICA'S REQUEST TO TRANSFER DEBT TO THE EASTERN DISTRICT OF WASHINGTON (ECF No. 3)** |

　　　　The United States of America has requested an Order authorizing the Clerk of the Court for the Eastern District of California to transfer the debt of Bonnie Jean Bonney to the Clerk of the Court for the Eastern District of Washington. The Court, having reviewed the United States' request and for good cause appearing, approves the request.

　　　　Accordingly, IT IS HEREBY ORDERED THAT the Clerk of the Court for the Eastern District of California is authorized to transfer the debt of Bonnie Jean Bonney, Case No. 2:21-cr-00072-JAM, to the U.S. District Court for the Eastern District of Washington, Case No. 2:18-cr-00232-TOP-8.

　　　　IT IS SO ORDERED.

Dated: July 02, 2025　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE